■ ONE FLINT ST. LLC et al., Respondents-Appellants, v EXXON MOBIL CORPORATION et al., Appellants-Respondents, et al., Defendants. [49 NYS3d 327]—Motions for leave to appeal to the Court of Appeals denied. Present—Carni, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

■ RAYMOND T. WEBBER et al., Appellants, v LEE WEBBER et al., Respondents. [49 NYS3d 327]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., DeJoseph, NeMoyer and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELHAJJI ELSHABAZZ, Appellant. [49 NYS3d 327]—Motion for re-hearing of the appeal and other relief denied. Present—Smith, J.P., DeJoseph, Curran and Scudder, JJ.

■ NICHOLAS KILMER, Appellant, v DAVID MASTROPIETRO, Individually and/or Doing Business as FINGER LAKES TRANS-PORT, et al., Respondents. [49 NYS3d 330]—Motion for reargu-ment or leave to appeal to the Court of Appeals denied. Pres-ent—Whalen, P.J., Smith, Peradotto, NeMoyer and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE BETTS, III, Appellant. [49 NYS3d 328]—Motion for re-argument denied. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ In the Matter of STATE OF NEW YORK, Respondent, v JOSEPH SCHOLTISEK, Appellant. [49 NYS3d 328]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNIE SMITH, Appellant. [49 NYS3d 328]—Motion for reargu-ment denied. Present—Centra, J.P., Peradotto, Lindley, NeMoyer and Scudder, JJ.

■ COUNTY OF ERIE, Appellant, v FRANCIS B. VOLANTE, Re-spondent. [49 NYS3d 328]—Motion for reargument or leave to ap-peal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.

■ NAKITA HARRIS, Individually and as Parent and Natu-ral Guardian of MYRA HARRIS, an Infant, Appellant, v CITY OF BUFFALO et al., Respondents. [49 NYS3d 329]—Motion for reargu-ment or leave to appeal to the Court of Appeals denied. Pres-ent—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.